1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSEN ALI ABDULLAH, individually and on behalf of all others similarly situated; and KHALIDA ALI f/k/a "Khalida Mohammed", individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>vs.<br><br>AL HASSAN al-MAJID a/k/a "CHEMICAL ALI"; and SADDAM HUSSEIN al-MAJID al-TIKRITI,<br><br>         Defendant. | CASE NO. 05CV1948 BEN (CAB)<br><br>ORDER GRANTING EX PARTE APPLICATION FOR RECONSIDERATION AND ALLOWING SERVICE BY PUBLICATION |

  The Court, having considered the Ex Parte Application for Reconsideration of Plaintiffs' Motion for Order Authorizing Plaintiffs to Effectuate Service of Process by Publication, and all other relevant pleadings and filings in the above captioned case, and in light of changed circumstances, hereby GRANTS the motion, as set out below.

  Plaintiffs have leave to proceed with service by publication. Publication shall be made at least four times during any seven day period. Such publication shall be in the three publications set forth in the Ex Parte Application (Azzaman; al-Hayat; and al-Quds al-Arabi). The Court further orders publication in the International Herald Tribune and the New York Times. On the basis of Plaintiffs' Ex Parte Application, the Court understands Azzaman to be a newspaper of

1 | general circulation in Iraq. Should any of the named newspapers be unavailable, similar
2 | publications may be substituted.
3 |     IT IS SO ORDERED.
4 |     DATED: December 29, 2006

_____
Hon. Roger T. Benitez
United States District Judge